**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Roderick SIMS, Defendant–Appellant.**

No. 12–16313
Non–Argument Calendar

United States Court of Appeals, Eleventh Circuit.

July 29, 2013.

Lennard B. Register, III, Robert G. Davies, Pamela C. Marsh, Thomas P. Swaim,

U.S. Attorney's Office, Pensacola, FL, for Plaintiff–Appellee.

Chet Kaufman, Randolph Patterson Murrell, Federal Public Defender's Office, Tallahassee, FL, Randall Lockhart, Federal Public Defender's Office, Pensacola, FL, for Defendant–Appellant.

Roderick Sims, pro se.

Before HULL, JORDAN and HILL, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Roderick Sims in the appeal from the revocation of Sims's term of supervised release, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, Kaufman's motion to withdraw is **GRANTED,** and the revocation of Sims's supervised release and resulting sentence are **AFFIRMED.**